■ In the Matter of DENISE MICHELE O'CONNELL, an Attorney. [51 NYS3d 906]—

Per Curiam. Denise Michele O'Connell was admitted to practice by this Court in 2005 and lists a business address in Washington, D.C. with the Office of Court Administration. O'Connell now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose O'Connell's application.

Upon reading the affidavit of O'Connell sworn to October 25, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that O'Connell is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

Peters, P.J., Lynch, Rose, Mulvey and Aarons, JJ., concur. Ordered that Denise Michele O'Connell's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further ordered that Denise Michele O'Connell's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that Denise Michele O'Connell shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.